MARY KOLAR, Appellant, v. GEORGE O. CALDWELL and Another, Respondents.

— Order modified and as modified affirmed, with ten dollars costs and disbursements to the appellant. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.